**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 17-1281**

MACHUEI T. ANGOON,

        Plaintiff - Appellant,

    v.

FEDERAL GOVERNMENT HOMELAND SECURITY,

        Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  M. Hannah Lauck, District Judge.  (3:16-cv-00812-MHL)

Submitted:  July 27, 2017                           Decided:  July 31, 2017

Before AGEE and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Machuei T. Angoon, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Machuei T. Angoon appeals the district court's order dismissing his civil complaint for failure to comply with the court's prior order and denying his motion for appointment of counsel as moot. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Angoon's informal brief does not challenge the district court's conclusion that he failed to comply with the court's prior order directing him to file an amended complaint particularizing his claims, Angoon has forfeited appellate review of the court's dispositive procedural ruling. *See Williams v. Giant Food Inc.*, 370 F.3d 423, 430 n.4 (4th Cir. 2004). Although Angoon has challenged the court's denial of his motion for appointment of counsel, we conclude that the court properly denied the motion as moot when it dismissed Angoon's complaint.

Accordingly, we deny Angoon's pending motion for appointment of counsel and affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*